Ellie ROBINSON, Petitioner–Appellant,

v.

**VIRGINIA PAROLE BOARD,**
Respondent–Appellee.

No. 02–7292.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Ellie Robinson, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ellie Robinson appeals the district court's order denying as untimely his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and dismiss the appeal for the reasons stated by the district court. *See Robinson v. Virginia Parole Bd.*, No. CA–02–785 (W.D.Va. filed Aug. 13, 2002 & entered Aug. 14, 2002). We deny a certificate of appealability. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*